## LOCAL BANKRUPTCY FORM 1007-1(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
**Seth B Goldberg**            :     **CHAPTER** 13

                                      :

                                      :     **CASE NO.** 1:18-bk-03790

                                      :

                                      :

            **Debtor(s)**      :

## CERTIFICATION OF NO PAYMENT ADVICES
## pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Seth B Goldberg**, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐   I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒   My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐   I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I did not receive payment advices due to factors other than those listed above. (Please explain)


I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: **September 25, 2018**            **s/Seth B Goldberg**
                                                         Debtor