```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 18-03790-RNO
Seth B. Goldberg                                                      Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 1              Date Rcvd: Oct 23, 2018
                              Form ID: ntcnfhrg          Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db            +Seth B. Goldberg,    1832 Pebble Ct.,    Harrisburg, PA 17110-8905
5105684      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BK OF AMER,    PO BOX 982238,   EL PASO, TX 79998)
5105683       +BANKAMERICA,    4909 SAVARESE CIRCLEFL1-908-01-47,    FL1-908-01-47,    TAMPA, FL 33634-2413
5118047       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5105687       +Bureau of Employer Tax Operations,    PO Box 68568,    Harrisburg, PA 17106-8568
5105685       +CHASE CARD,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
5105689       +Office of Attorney General,     Financial Enforcement,    Section, Stra,
                Harrisburg, PA 17120-0001
5105690       +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5105692        United States Attorney,    PO Box 11754,    Harrisburg, PA 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5105688        E-mail/Text: cio.bncmail@irs.gov Oct 23 2018 19:04:32     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
5105691        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 23 2018 19:04:40     PA Department of Revenue,
                Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5105686       +E-mail/Text: carine@tbfgroup.com Oct 23 2018 19:04:34     TBF Financial, LLC,
                740 Waukegan Road,   Suite 404,    Deerfield, IL 60015-5505
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Seth B. Goldberg jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Seth B. Goldberg,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–03790–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **November 28, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 5, 2018<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 23, 2018 |

ntcnfhrg (03/18)