UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: SETH B GOLDBERG | CASE NO: 18-03790 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 1/11/2019, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/11/2019

/s/ John M. Hyams
John M. Hyams  87327
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SETH B GOLDBERG | CASE NO: 18-03790 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 1/11/2019, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/11/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | BANKAMERICA | BANK OF AMERICA |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-18-BK-03790-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>FRI JAN 11 13-47-56 EST 2019 | 4909 SAVARESE CIRCLEFL19080147<br>FL1-908-01-47<br>TAMPA FL 33634-2413 | PO BOX 982238<br>EL PASO TX 79998-2238 |
| BANK OF AMERICA NA<br>P O BOX 982284<br>EL PASO TX 79998-2284 | BANK OF AMERICA NA<br>PO BOX 31785<br>TAMPA FL 33631-3785 | BUREAU OF EMPLOYER TAX OPERATIONS<br>PO BOX 68568<br>HARRISBURG PA 17106-8568 |
| CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| ~~EXCLUDE~~<br>~~SETH B GOLDBERG~~<br>~~1032 PEBBLE CT~~<br>~~HARRISBURG PA 17110-8905~~ | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>SECTION STRA<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | SYNCHRONY BANK<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE WA 98121-3132 |
| TBF FINANCIAL LLC<br>740 WAUKEGAN ROAD<br>SUITE 404<br>DEERFIELD IL 60015-5505 | US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~220 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | |