UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SETH B. GOLDBERG  CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-03790-HWV

SETH B. GOLDBERG

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on April 28, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of April 28, 2022, the Debtor(s) is/are $1139.53 in arrears with a plan payment having last been made on Sep 10, 2021

In accordance with said stipulation, the case may be dismissed

    Respectfully Submitted,
    /s/ Matt Arcuri
    for Jack N. Zaharopoulos, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: April 28, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SETH B. GOLDBERG          CHAPTER 13
    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                    CASE NO: 1-18-03790-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 28, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

JOHN M HYAMS ESQUIRE           SERVED ELECTRONICALLY
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA  17102-

SETH B. GOLDBERG
1832 PEBBLE CT.                    SERVED BY 1ST CLASS MAIL
HARRISBURG, PA  17110

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA  17101               SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2022

                                          /s/ Matt Arcuri
                                          for Jack N. Zaharopoulos, Trustee
                                          Suite A, 8125 Adams Dr.
                                          Hummelstown, PA  17036
                                          Phone: (717) 566-6097
                                          eMail: info@pamd13trustee.com