United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                    Case No. 18-03790-HWV

Seth B. Goldberg                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                                     Page 1 of 2
Date Rcvd: Apr 29, 2022                 Form ID: pdf010                                 Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seth B. Goldberg, 1832 Pebble Ct., Harrisburg, PA 17110-8905 |
| 5105683 | + | BANKAMERICA, 4909 SAVARESE CIRCLEFL1-908-01-47, FL1-908-01-47, TAMPA, FL 33634-2413 |
| 5105684 | + | BK OF AMER, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5130249 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5118047 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5105689 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5105692 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5105683 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2022 18:33:00 | BANKAMERICA, 4909 SAVARESE CIRCLEFL1-908-01-47, FL1-908-01-47, TAMPA, FL 33634-2413 |
| 5105684 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2022 18:33:00 | BK OF AMER, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5118047 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 29 2022 18:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5130249 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2022 18:33:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5123744 | + | Email/Text: RASEBN@raslg.com | Apr 29 2022 18:33:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5105687 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 29 2022 18:33:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5105688 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2022 18:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5105685 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2022 18:40:44 | CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 5105691 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2022 18:33:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5132690 | + | Email/Text: bncmail@w-legal.com | Apr 29 2022 18:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5105686 | + | Email/Text: JWAGNER@TBFGROUP.COM | Apr 29 2022 18:33:00 | TBF Financial, LLC, 870 Sheridan Rd., Highwood, IL 60040-1003 |
| 5105690 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Apr 29 2022 18:33:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | TBF Financial LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022       Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Seth B. Goldberg jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Seth B. Goldberg

                      Debtor 1

Chapter: 13
Case No.: 1:18-bk-03790-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

    vs.                Movant(s)

SETH B. GOLDBERG

                    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 29, 2022