IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:18-bk-03790-HWV |
| Seth B. Goldberg | : | |
| Debtor | : | CHAPTER 13 |

## **ORDER**

UPON consideration of the foregoing Motion to Reinstate the dismissed Chapter 13 proceeding, good reason appearing therefor, it is

HEREBY ORDERED and DECREED that the above-captioned proceeding be and hereby is reinstated.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 15, 2022