In re:  Case No. 18-03790-HWV
Seth B. Goldberg  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 15, 2022     Form ID: pdf010     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seth B. Goldberg, 1832 Pebble Ct., Harrisburg, PA 17110-8905 |
| 5105689 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5105692 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5105683 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 18:39:00 | BANKAMERICA, 4909 SAVARESE CIRCLEFL1-908-01-47, FL1-908-01-47, TAMPA, FL 33634-2413 |
| 5105684 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 18:39:00 | BK OF AMER, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5118047 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 15 2022 18:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5130249 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 18:39:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5123744 | + | Email/Text: RASEBN@raslg.com | Jun 15 2022 18:39:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5105687 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 15 2022 18:39:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5105688 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2022 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5105685 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 18:52:47 | CHASE CARD, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 5105691 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 18:39:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5132690 | + | Email/Text: bncmail@w-legal.com | Jun 15 2022 18:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5105686 | + | Email/Text: JWAGNER@TBFGROUP.COM | Jun 15 2022 18:39:00 | TBF Financial, LLC, 870 Sheridan Rd., Highwood, IL 60040-1003 |
| 5105690 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jun 15 2022 18:39:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | TBF Financial LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Seth B. Goldberg jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:18-bk-03790-HWV

Seth B. Goldberg :

Debtor : CHAPTER 13

**ORDER**

UPON consideration of the foregoing Motion to Reinstate the dismissed Chapter 13 proceeding, good reason appearing therefor, it is

HEREBY ORDERED and DECREED that the above-captioned proceeding be and hereby is reinstated.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 15, 2022