Certificate Number: 06531-PAM-DE-037928844

Bankruptcy Case Number: 18-03790


06531-PAM-DE-037928844

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 10, 2023</u>, at <u>6:13</u> o'clock <u>AM CST</u>, <u>Seth Goldberg</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 10, 2023</u>   By: <u>/s/Stephanie Kjetland</u>

Name: <u>Stephanie Kjetland</u>

Title: <u>Credit Counselor</u>